In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for 135th Avenue from Van Wyck Expressway to North Conduit Avenue (Nassau Expressway), in the Borough of Queens. ROSE BARASH, Appellant.—

Munder. Acting P. J.. Shapiro. Gulotta. Christ and Beniamin, JJ.. concur.